# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

SABLE DANIEL           :

      V.                :        Civil Action

KVK-TECH, INC., et al.      :        No: __11-7492_____

## DISCLOSURE STATEMENT FORM

**Please check one box:**

☒      The nongovernmental corporate party, __KVK-Tech, Inc._____
, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏      The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

__2/13/12__                    _____
    Date                                          Signature

                 Counsel for: __All Defendants_____

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

     (1)    identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

     (2)    states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

     (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

     (2)    promptly file a supplemental statement if any required information changes.