UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SABLE DANIEL

V.

KVK-TECH, INC., et al.

Civil Action
No: 11-7492

## DISCLOSURE STATEMENT FORM

Please check one box:

[x] The nongovernmental corporate party, __KVK OPCO, Inc.__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

__2/13/12__
Date

__[signature]__
Signature

Counsel for: __All Defendants__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
      (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

      (2) states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
      (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2) promptly file a supplemental statement if any required information changes.